## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| COURTNEY CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-12-1233-D |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration,[1] | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the Report and Recommendation [Doc. No. 19] of United States Magistrate Judge Suzanne Mitchell, to whom this matter was referred in accordance with 28 U.S.C. §636(b)(1)(B). In the Report and Recommendation, the Magistrate Judge considered Plaintiff's request for judicial review of Defendant's final decision denying Plaintiff's claim for supplemental security income benefits under the Social Security Act.[2]

As explained in detail in the Report and Recommendation, the Magistrate Judge reviewed the record in light of the parties' legal arguments and the applicable law, and concluded that Defendant's decision was correct. Accordingly, she recommended that this Court affirm the decision denying Plaintiff's application for supplemental security income benefits.

In the Report and Recommendation, the Magistrate Judge advised Plaintiff of her right to object to the findings and conclusions set forth therein, and she scheduled a November 8, 2013

---

[1] Effective February 14, 2013, Carolyn W. Colvin was named Acting Commissioner of the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d)(1), she is substituted for former Commissioner Michael J. Astrue as the defendant in this action.

[2] As the Magistrate Judge noted, Defendant also denied Plaintiff's application for Social Security disability benefits, but Plaintiff does not seek review of that decision.

deadline for filing an objection. She also expressly cautioned Plaintiff that failure to timely object would constitute a waiver of Plaintiff's right to seek appellate review of the Report and Recommendation.

The deadline for objecting to the Report and Recommendation has expired, and Plaintiff has not filed an objection or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 19] is adopted as though fully set forth herein. The decision of Defendant is affirmed, and judgment shall be entered.

IT IS SO ORDERED this 15th day of November, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE